# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JAMES MICHAEL DeWITT, Jr., | ) |
| Petitioner, | ) |
| -vs- | ) Case No. CIV-11-1302-F |
| WARDEN, FCI EL RENO, | ) |
| Respondent. | ) |

## ORDER

On March 15, 2012, United States Magistrate Judge Doyle W. Argo issued a Report and Recommendation, wherein he recommended that petitioner, James Michael Dewitt, Jr.'s petition for a writ of habeas corpus under 28 U.S.C. § 2241 be denied. Magistrate Judge Argo advised petitioner of his right to object to the Report and Recommendation by April 4, 2012 and further advised that failure to make timely objection to the Report and Recommendation waives any right to appellate review of both factual and legal issues therein contained.

To date, petitioner has not filed an objection to the Report and Recommendation. He has also not sought any extension of time to file an objection. With no objection to the Report and Recommendation being filed within the time prescribed and no extension of time to file an objection being sought by petitioner, the court accepts, adopts and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Doyle W. Argo on March 15, 2012 (doc. no. 19) is **ACCEPTED**,

**ADOPTED** and **AFFIRMED**.  The petition for a writ of habeas corpus under 28 U.S.C. § 2241 filed by petitioner, James Michael Dewitt, Jr., is **DENIED**.

DATED April 17, 2012.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

11-1302p002.wpd